PINCUS GLICKMAN, Respondent, v. NEW YORK BANKERS, INC., and Others, Defendants. WILLIAM MALAFSKY, Appellant.— Motion for stay denied, with ten dollars costs. Present — Lazansky, P. J., Rich, Young, Kapper and Seeger, JJ.

MALCOLM E. CAMPBELL, Appellant, v. WILLIAM H. HARDEN and ALVA B. CLARK, Respondents.— On argument, order vacating notice of examination of defendants reversed upon the law, without costs, and motion denied, without costs; and this court directs that the examination be held in the county of New York. We think that the plaintiff is entitled to the examination, but since the subpœnas were served in the county of New York the examination should be held there. Lazansky, P. J., Rich, Young, Kapper and Seeger, JJ., concur. Settle order on two days' notice; time and place of examination to be fixed therein.

LOUIS SECHER, Respondent, v. HERMAN HAAS, Appellant. HARRISON W. GEBHARDT and Others, Defendants.— Motion for stay granted upon condition that defendant, appellant, stipulate, on or before May sixth, to proceed to trial on May eighth; otherwise, motion denied. Present — Lazansky, P. J., Rich, Young, Kapper and Seeger, JJ.

LOUIS SECHER, Respondent, v. HARRISON W. GEBHARDT and Others, Appellants. HERMAN HAAS and Others, Defendants.— Motion for stay granted upon condition that appellants perfect the appeal for May 17, 1929 (for which day the case is set down), and be ready for argument when reached; otherwise, motion denied, with ten dollars costs. Present — Lazansky, P. J., Rich, Young, Kapper and Seeger, JJ.

NUNZIA BALDUCCI, as Administratrix, etc., of DONATO BALDUCCI, Deceased, Respondent, v. EXPORT STEAMSHIP CORPORATION, Appellant.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Rich, Young, Kapper and Seeger, JJ.

MIRIAM BARON, Respondent, v. MAX G. YOKEL and Others, Defendants. ALEXANDER GERSEN, Appellant.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Motion for stay denied. Present — Lazansky, P. J., Rich, Young, Kapper and Seeger, JJ.

MARY BURKE, Respondent, v. MAY LOUISE KIRKMAN and RALPH KIRKMAN, Appellants.— Motion to resettle order granted and order resettled by striking therefrom the words " and the facts." Present — Lazansky, P. J., Rich, Young, Kapper and Seeger, JJ.

OLAF CASPERSEN, Appellant, v. LA SALA BROS., INC., Defendant, and OMAHA REALTY COMPANY, INC., Respondent.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Rich, Young, Kapper and Seeger, JJ.

JOSEPH CHIRCO, Respondent, v. STAR THEATRE AMUSEMENT COMPANY, and SAM RAYMOND'S THEATRES CORPORATION, Appellant.— Motion to dismiss appeal denied, with ten dollars costs. Present — Lazansky, P. J., Rich, Young, Kapper and Seeger, JJ.